**Opinion issued July 5, 2012.**



In The

# Court of Appeals
**For The**
# First District of Texas

---

## NO. 01-10-00771-CV

---

**LORETTER BROCK, Appellant**

**V.**

**VERNA ROCQUEMORE, Appellee**

---

**On Appeal from the 215th District Court**
**Harris County, Texas**
**Trial Court Cause No. 2010-26896**

---

## MEMORANDUM OPINION

Appellant Loretter Brock has failed to timely file a brief. *See* TEX. R. APP. P.

38.6(a) (governing time to file brief), 38.8(a) (governing failure of appellant to file

brief).   After being notified that this appeal was subject to dismissal, appellant did not respond.   *See* TEX. R. APP. P. 42.3(b) (allowing involuntary dismissal of case).

We dismiss the appeal for want of prosecution for failure to timely file a brief.

We dismiss any pending motions as moot.

**PER CURIAM**

Panel consists of Justices Bland, Massengale, and Brown.